**WRIGHT, FINLAY & ZAK, LLP**
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964 - Fax (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION, a Nevada Domestic Non-profit Corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada Domestic Corporation,<br><br>Defendants. | Case No.: 2:17-cv-02079-JAD-PAL<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS U.S. BANK, NATIONAL ASSOCIATION'S COMPLAINT; OR MOTION FOR SUMMARY JUDGMENT IN THE ALTERATIVE (FIRST REQUEST)** |

COMES NOW, Plaintiff, PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "Plaintiff"), by and through its attorneys of record, the law firm of Wright, Finlay & Zak, LLP, and SFR Investments Pool 1, LLC (hereinafter "SFR"), by and through its attorneys of record, Kim Gilbert Ebron, and hereby stipulate and agree that Plaintiff shall have an extension of time of seven (7) days, up to and including December 4, 2017, in which to file its Opposition to SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS U.S. BANK, NATIONAL ASSOCIATION'S COMPLAINT; OR MOTION FOR SUMMARY JUDGMENT IN THE ALTERATIVE [ECF No. 31] (duplicate

filed as ECF No. 32). The requested extension is necessary to allow Plaintiff to fully evaluate and address the arguments in the motion. Plaintiff's Opposition is currently due to be filed on or before November 27, 2017.

This is the parties' first request for an extension. This request is made in good faith and not for purposes of delay or prejudice to any party.

**IT IS SO STIPULATED.**

Dated this 21st day of November, 2017.

Dated this 21st day of November, 2017.

WRIGHT, FINLAY & ZAK, LLP

KIM GILBERT EBRON

*/s/ Paterno C. Jurani, Esq.*
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee*

*/s/ Diana S. Ebron, Esq.*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 009578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED**.

Dated: November 22, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE