**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN W. REED
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113
sanderson@leachjohnson.com
rreed@leachjohnson.com
*Attorneys for Defendant Augusta Belford*
*and Ellingwood Homeowners' Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S2 LEGAL TITLE TRUST, BY U.S. BANK N.A., AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION, a Nevada Domestic Non-profit Corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada Domestic Corporation,<br><br>Defendants. | Case No.: 2:17-cv-02079-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DATE**<br>**[ECF NO. 66 and 67]**<br><br>**(First Request)**<br><br><br>ECF No. 73 |

Plaintiff PROF 2013-S2 Legal Title Trust, by U.S. Bank, N.A., as Legal Title Trustee ("U.S. Bank"), and Defendant Augusta Belford and Ellingwood Homeowners' Association (the "Association") by and through their respective counsel stipulate and agree as follows:

1. On June 25, 2018, the Association filed a Motion to Dismiss First Amended Complaint or in the Alternative, Motion for Summary Judgment. [ECF No. 62]

2. On July 9, 2018, U.S. Bank filed Oppositions to the Motions. [ECF No. 70 and 71]

-1-

3. The Association's reply is due July 16, 2018, 2018.

4. The Parties' request for this extension is not intended to cause any delay or prejudice to any party. Rather, this brief extension will accommodate the schedule of counsel and their conflicts with the current deadlines. Counsel for the Association will be traveling out of state to attend a funeral.

**IT IS HEREBY STIPULATED AND AGREED** that the Association will have an additional week extension to file its Reply, up to and including **July 23, 2018.**

**IT IS SO STIPULATED AND AGREED**.

Dated this 13th day of July, 2018.

**LEACH JOHNSON SONG & GRUCHOW**          **WRIGHT, FINLAY & ZAK, LLP**

*/s/ Ryan W. Reed*                        */s/ Paterno C. Jurani*

Sean L. Anderson                          Natalie C. Lehman
Nevada Bar No. 7259                       Nevada Bar No. 12995
Ryan W. Reed                              Paterno C. Jurani
Nevada Bar No. 11695                      Nevada Bar No. 8136
8945 W. Russell Road, Suite 300           7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89148                       Las Vegas, NV 89117
*Attorneys for Defendant Augusta Belford*  *Attorneys for Plaintiff, U.S. Bank, N.A.*
*and Ellingwood Homeowners' Association*

**IT IS SO ORDERED.** The reply filed 7/23/18 [74] is deemed timely.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 20, 2018